JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JM LEPE PROPERTIES, LLC, a California Limited Liability Company;<br>ANA MARTHA LEPE, in her individual and representative capacity as trustee of the Josefina Robles Living Trust;<br>JML MEXICAN RESTAURANTS, INC., a California Corporation; and Does 1-10,<br>　　　　Defendants. | Case: 2:14-CV-08451-CAS-AGR<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 28, 2015

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

1